**WRESTLEREUNION, LLC, a Florida limited liability corporation, Plaintiff–Appellant–Counter Defendant,**

v.

**LIVE NATION, INC., a foreign corporation, Defendant–Appellee,**

**Live Nation Television Holdings, Inc., Defendant–Appellee–Counter–Claimant.**

**No. 09–16366**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Sept. 20, 2010.

Ryan Christopher Rodems, Barker, Rodems & Cook PA, Tampa, FL, for Plaintiff–Appellant–Counter Defendant.

Gregory W. Herbert, Greenberg Traurig, P.A., Orlando, FL, Kimberly S. Mello, Greenberg Traurig, P.A., Tampa, FL, for Defendant–Appellee.

Before BLACK, PRYOR and HILL, Circuit Judges.

PER CURIAM:

This is an appeal from a jury verdict and judgment of the district court entered on behalf of defendant/appellee, Live Nation Television Holdings, Inc. (Live Nation), against plaintiff/appellant, WrestleReunion, LLC (Wrestlereunion). The facts of the case involved a dispute over Live Nation's contractual obligation to produce and market programming of WrestleReunion's wrestling events. After an eight-day trial, the jury returned a verdict in favor of Live Nation. It found that WrestleReunion had not proven by the greater weight of the evidence that Live Nation had breached the contract.

We have reviewed the record in this appeal, the briefs, and the arguments of

counsel. Finding no error, we affirm the judgment of the district court.

AFFIRMED.